1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARIEL BEN-SHIMOL,<br><br>  Plaintiff,<br><br>  v.<br><br>T-MOBILE USA INC.,<br><br>  Defendant. | CASE NO. 2:21-cv-01314-RSM-JRC<br><br>ORDER AMENDING SCHEDULING ORDER |

This matter is before the Court on referral from the district court and on the parties' stipulated motion to modify the scheduling order and extend deadlines. *See* Dkt. 19.

The Court finds good cause and grants the parties' motion. *Id.* The scheduling order is amended as follows:

| Event | Former Date | Amended Date |
|---|---|---|
| Plaintiff's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **October 27, 2022** | **February 23, 2023** |
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **October 27, 2022** | **February 23, 2023** |
| Rebuttal expert disclosures | **December 1, 2022** | **April 3, 2023** |

ORDER AMENDING SCHEDULING ORDER - 1

| | | |
|---|---|---|
| *Daubert* motion deadline | **December 15, 2022** | **April 17, 2023** |

Except as amended herein, the parties shall comply with the Court's prior scheduling order. *See* Dkt. 14.

Dated this 26th day of September, 2022.

*[signature]*

J. Richard Creatura
Chief United States Magistrate Judge