THE HONORABLE RICARDO S. MARTINEZ
WITHOUT ORAL ARGUMENT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARIEL BEN-SHIMOL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>T-MOBILE USA, INC. d/b/a T-MOBILE,<br><br>　　　　　　　Defendant. | No. 2:21-cv-01314-RSM-JRC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Noted for Consideration:<br>November 28, 2022 |

Now come the parties, through their respective counsel, and, pursuant to Federal Rule of of Civil Procedure 41(a)(1)(A)(ii), stipulate that pursuant to the Confidential Settlement Agreement reached between the parties, all claims and counterclaims raised, or that could have been raised, in the above-entitled action are dismissed with prejudice. Each party shall bear his/its own attorneys' fees, expenses, and costs.

　　　　STIPULATED this 28th day of November, 2022.

| | |
|---|---|
| JIMMY GARG PLLC<br>*Attorneys for Plaintiff*<br><br>By ___/s/ Jimmy Garg_____<br>　　Jimmy Garg, WSBA #49049<br>　　300 Lenora Street #1063<br>　　Seattle, WA  98121<br>　　Telephone:  206.580.3790<br>　　Fax:  206.736.3218<br>　　Email:  jimmy@jimmygarg.com<br><br>***Electronic signature added per email authority on 11/28/2022*** | DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Defendant*<br><br>By ___/s/ Giancarlo Urey_____<br>　　Portia R. Moore, WSBA #13354<br>　　Giancarlo Urey, WSBA #57898<br>　　A. Rebecca Shelton, WSBA #55711<br>　　920 Fifth Avenue, Suite 3300<br>　　Seattle, WA  98104-1610<br>　　Telephone:  206.622.3150<br>　　Email:  portiamoore@dwt.com<br>　　Email:  giancarlourey@dwt.com<br>　　Email:  rebeccashelton@dwt.com |

STIPULATION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE - 1
(2:21-cv-01314-RSM-JRC)
4867-5475-3048v.1 0102559-000339

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

Based upon the foregoing Stipulation for Voluntary Dismissal with Prejudice, the above-entitled action is hereby dismissed with prejudice. Each party shall bear his/its own attorneys' fees, expenses, and costs.

DATED this 30th day of November, 2022.

[signature]
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

**Presented by:**

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant*

By   /s/ Giancarlo Urey
    Portia R. Moore, WSBA #13354
    Giancarlo Urey, WSBA #57898
    A. Rebecca Shelton, WSBA #55711
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone:  206.622.3150
    Email:  portiamoore@dwt.com
    Email:  giancarlourey@dwt.com
    Email:  rebeccashelton@dwt.com

**Approved as to Form / Notice of Presentation Waived:**

JIMMY GARG PLLC
*Attorneys for Plaintiff*

By   /s/ Jimmy Garg
    Jimmy Garg, WSBA #49049
    300 Lenora Street #1063
    Seattle, WA  98121
    Telephone:  206.580.3790
    Fax:  206.736.3218
    Email:  jimmy@jimmygarg.com

*Electronic signature added per email authority on 11/28/2022*

STIPULATION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE - 2
(2:21-cv-01314-RSM-JRC)
4867-5475-3048v.1 0102559-000339

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax